

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-20,511-06

### EX PARTE JUAN JOSEPH ROSILEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 985474-C IN THE 183RD DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to life imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Rosilez v. State*, No. 14-06-00430-CR (Tex. App.—Houston [14th] Jan. 9, 2007).

Applicant contends that he is actually innocent, based on an alleged recantation from the complainant, and that his counsel was ineffective. This Court remanded the application to obtain the reporter's record from a habeas hearing held on December 6th and 13th, 2016. Based on that hearing and the other evidence and records in the case, the trial court recommended that the actual innocence

claim be denied.  That recommendation is supported by the record.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, Applicant's claim of actual innocence is denied.  Applicant's claim of ineffective assistance of counsel should have been raised in his prior application, therefore that claim is dismissed.  TEX. CODE CRIM. PRO. Art. 11.07 §4.

Filed: July 26, 2017
Do not publish